UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| THOMAS CHARLES BIBE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:12 CV 378 |
| | ) | |
| ALLEN COUNTY NURSING | ) | |
| DEPARTMENT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

Plaintiff Charles Bibe, Jr., was a prisoner confined at the Allen County Jail when he filed his complaint in this case. The court's last mailing to the plaintiff was returned as undeliverable because he is no longer at the Allen County Jail (DE # 9). When he signed his complaint, Mr. Bibe initialed the portion of the form complaint agreeing to promptly notify the clerk of any change of address, but he has not done so. "The demand that plaintiffs provide contact information is no esoteric rule of civil procedure, but rather the obvious minimal requirement for pursuing a lawsuit." *Tylicki v. Ryan*, 244 F.R.D. 146, 147 (N.D.N.Y 2006) (quotation marks and citation omitted). Because it appears that Mr. Bibe has abandoned this lawsuit, the court **DISMISSES** this action without prejudice pursuant to FED. R. CIV. P. 41(b).

SO ORDERED.

Date: March 21, 2013

s/James T. Moody_____
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT